**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____   Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Sago Technology, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Sago Technology, Inc. d/b/a Jak Ecig |
| 3. | Debtor's federal Employer Identification Number (EIN) | 45-2502863 |
| 4. | Debtor's address | **Principal place of business**<br><br>180 S. Western Ave. #235<br>Carpentersville, IL 60110<br>Number, Street, City, State & ZIP Code<br><br>Kane<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Sago Technology, Inc.**                                                               Case number (*if known*)
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____   When _____   Case number _____
   District _____   When _____   Case number _____

Debtor  Sago Technology, Inc.
Name

Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Sago Technology, Inc.**_____   Case number (*if known*) _____
      Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  Sago Technology, Inc.
Name                                                                                         Case number (if known)

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

X _____             _____
Signature of authorized representative of debtor     Printed name

Title _____

**18. Signature of attorney**

X _____             Date _____
Signature of attorney for debtor                      MM / DD / YYYY

Philip J. Block, Esq.
Printed name

Riemer & Braunstein LLP
Firm name

71 South Wacker Drive
Suite 3515
Chicago, IL 60606
Number, Street, City, State & ZIP Code

Contact phone  (312) 780-1173    Email address

IL
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5

Debtor  Sago Technology, Inc.                                    Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 10, 2021**
             MM / DD / YYYY

X _____     _____
Signature of authorized representative of debtor     Printed name

Title _____

**18. Signature of attorney**

X  /s/ Phillip J. Block                      Date  **June 10, 2021**
Signature of attorney for debtor                    MM / DD / YYYY

**Phillip J. Block, Esq.**
Printed name

**Riemer & Braunstein LLP**
Firm name

**71 South Wacker Drive**
**Suite 3515**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 780-1173**     Email address  **PBlock@riemerlaw.com**

IL  **6292407**
Bar number and State

SAGO TECHNOLOGY, INC.
(d/b/a JAK ECIG)

### Resolution Authorizing Chapter 11 Filing

I, Jacques Saleh, being the sole director of Sago Technology, Inc., d/b/a JAK ECIG, an Illinois corporation (the "Company"), hereby consent to the adoption of the following votes and resolutions:

RESOLVED: That the Company shall seek relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. Section 101 et seq. (as amended, the "Bankruptcy Code").

RESOLVED: That it is desirable and in the Company's best interests and the interests of the Company's creditors, stakeholders, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11 of the Bankruptcy Code.

RESOLVED: That Jacques Saleh, as an officer of the Company and any person authorized by such officer ("Authorized Person") be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Illinois (the "Bankruptcy Court") at such time as the Authorized Person shall determine.

RESOLVED: That the Authorized Person be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute, deliver and file all other papers and ancillary documents, and take any and all actions the Authorized Person may deem necessary, proper or desirable in connection with the chapter 11 case.

RESOLVED: That the Authorized Person be, and hereby is, authorized and directed to retain on behalf of the Company the law firm of Riemer & Braunstein LLP under general retainer to render legal services to and to represent the Company in connection with such proceedings and other related matters in connection therewith, on such terms as the Authorized Person shall approve. The Authorized Person may reimburse such counsel in full for its cash disbursements and for such expenses as such counsel customarily bills to its clients, and may enter into such agreements as may be necessary or appropriate to effect such retention.

RESOLVED: To the extent applicable, that the Authorized Person be, and hereby is, authorized and empowered on behalf of and in the name of the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper or desirable.

RESOLVED: That the Authorized Person be, and hereby is, authorized and empowered, on behalf of, and in the name of the Company, to execute, deliver, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, pleadings, certificates, or other documents and to take such other actions as in the judgment of such Authorized Person shall be or become necessary, appropriate or desirable to prosecute to a successful completion of the chapter 11 case.

RESOLVED: That any and all past actions heretofore taken by an officer or a director of the Company in the name of and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, approved and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this ___ day of June, 2021.

                                     SAGO TECHNOLOGY, INC.
                                     (d/b/a JAK ECIG)

By: _____
     Name: Jacques Saleh
     Title:   Sole Director

2741210.2

Case 21-07313   Doc 1   Filed 06/10/21   Entered 06/10/21 17:21:44   Desc Main
Document   Page 10 of 14

Fill in this information to identify the case:
Debtor name: Sago Technology, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Access Strategies<br>650 Willbrook Center Parkway<br>Suite 108<br>Willowbrook, IL 60527 | | | | | | $8,747.52 |
| ADC Acrylic<br>9134 Medill Ave.<br>Franklin Park, IL 60131 | | | | | | $3,560.00 |
| Advertise Purple<br>1653 7th Street, #7128<br>Santa Monica, CA 90401 | | | | | | $2,050.98 |
| APRO LLC, dba United Pacific<br>4130 Cover Street<br>Long Beach, CA 90808 | | | | | | $2,958.43 |
| B2B USA<br>7355 NW 35th St.<br>Miami, FL 33122 | | | | | | $273,282.65 |
| Brown & Brooke LLP<br>5830 Granite Parkway<br>Suite 100<br>Plano, TX 75024 | | | | | | $5,750.56 |
| Circle K / Slotting Fees<br>1130 W. Warner Road<br>Tempe, AZ 85284 | | | | | | $186,000.00 |
| Circle K Promo<br>255 E. Rincon<br>Suite 100<br>Corona, CA 92879 | | | | | | $5,000.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  **Sago Technology, Inc.**　　　　　　　　　　　　　　　　　Case number *(if known)*　_____
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Convenience Food Solutions<br>9663 E. Cinder Cone Trail<br>Scottsdale, AZ 85262 | | | | | | $4,122.38 |
| Core-Mark<br>P.O. Box 1450 (NW 6111)<br>Minneapolis, MN 55485-6111 | | | | | | $7,358.21 |
| Donohue Brown Mathewson & Smyth<br>140 S. Dearborn Suite 800<br>Chicago, IL 60603 | | | | | | $4,249.44 |
| Eby-Brown<br>1415 W. Diehl Road Suite 300N<br>Naperville, IL 60563 | | | | | | $66,682.00 |
| Global Laboratory<br>2107 Black Creek Rd.<br>Wilson, NC 27893 | | | | | | $17,851.26 |
| IPFS Insurance<br>3522 Thomasville Road Suite 400<br>Tallahassee, FL 32309 | | | | | | $4,448.31 |
| Keller & Heckman<br>1001 G. Street, N.W. Suite 500 West<br>Washington, DC 20001 | | | | | | $7,245.00 |
| Maverik, Inc.<br>185 S. State Suite 800<br>Salt Lake City, UT 84111 | | | | | | $1,410.00 |
| Sheppard Mullin<br>333 S. Hope Street 43rd Floor<br>Los Angeles, CA 90071 | | | | | | $5,121.50 |
| Troutman & Pepper<br>600 Peachtree Street Suite 3000<br>Atlanta, GA 30308 | | | | | | $6,965.67 |

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Sago Technology, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jacques Saleh<br>180 S. western Ave. # 235<br>Carpentersville, IL 60110 | | 100% | Equity |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the ___ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  6/10/21   Signature _____

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name: Sago Technology, Inc.

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/10/21

X _____
Signature of individual signing on behalf of debtor

Jacques Soleh
Printed name

President
Position or relationship to debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Sago Technology, Inc.

Debtor(s)

Case No.  
Chapter  11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Sago Technology, Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 10, 2021  
Date

/s/ Phillip J. Block  
**Phillip J. Block, Esq.**  
Signature of Attorney or Litigant  
Counsel for  Sago Technology, Inc.  
Riemer & Braunstein LLP  
71 South Wacker Drive  
Suite 3515  
Chicago, IL 60606  
(312) 780-1173 Fax:(312) 780-1212  
PBlock@riemerlaw.com