| | |
|---|---|
| **Information to identify the case:** | |

| Debtor | **Sago Technology, Inc.** | EIN:  45–2502863 |
|---|---|---|
| | Name | |

| United States Bankruptcy Court   Northern District of Illinois | Date case filed for chapter:    11    6/10/21 |
|---|---|

| Case number:   **21–07313** |
|---|

## Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | Sago Technology, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | dba Jak Ecig | |
| 3. | **Address** | 180 S. Western Avenue<br>#235<br>Carpentersville, IL 60110 | |
| 4. | **Debtor's attorney**<br>Name and address | Phillip J Block<br>Riemer & Braunstein LLP<br>71 South Wacker Drive, Suite 3515<br>Chicago, IL 60606 | Contact phone  (312) – 7801173<br><br>Email:  pblock@riemerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Neema T Varghese<br>NV Consulting Services<br>701 Potomac, Ste 100<br>Naperville, IL 60565 | Contact phone  630–697–4402<br><br>Email:  nvarghese@nvconsultingservices.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone  1–866–222–8029<br><br>Date: 6/16/21 |

For more information, see page 2 >

Debtor  **Sago Technology, Inc.**                                                     Case number  **21–07313**

| | | |
|---|---|---|
| **7.** **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 8, 2021 at 01:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Appear by Telephone 341s only** |
| **8.** **Proof of claim deadline** | **Deadline for filing proof of claim:** <br><br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br><br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed, contingent,* or *unliquidated;* <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br><br> If your claim is not scheduled or if your claim is designated as *disputed, contingent,* or *unliquidated,* you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br><br> You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. <br><br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. |
| **9.** **Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br><br> **Deadline for filing the complaint:** | 9/7/21 |
| **10.** **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| **12.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 21-07313-ABG
Sago Technology, Inc.                                                     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: admin                               Page 1 of 2
Date Rcvd: Jun 16, 2021                       Form ID: 309F2                       Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sago Technology, Inc., 180 S. Western Avenue, #235, Carpentersville, IL 60110-1738 |
| tr | + | Neema T Varghese, NV Consulting Services, 701 Potomac, Ste 100, Naperville, IL 60565-3422 |
| 29395514 | + | ADC Acrylic, 9134 Medill Ave., Franklin Park, IL 60131-3419 |
| 29395516 | | ALD Group Limited, No 2 Industrial 3rd Floor, Shixin Community, ShiyanTown,, Baoan Dist, Shenzhen 518108, China |
| 29395517 | + | APRO LLC, dba United Pacific, 4130 Cover Street, Long Beach, CA 90808-1885 |
| 29395513 | #+ | Access Strategies, 650 Willbrook Center Parkway, Suite 108, Willbrook, IL 60527-7984 |
| 29395515 | + | Advertise Purple, 1653 7th Street, 7128, Santa Monica, CA 90401-3323 |
| 29395518 | + | B2B USA, 7355 NW 35th St, Miami, FL 33122-1268 |
| 29395519 | + | Brown & Brooke LLP, 5830 Granite Parkway, Suite 100, Plano, TX 75024-6794 |
| 29395520 | + | Brown & Joseph, One Pierce Place, PO Box 249 Suite 700W, Itasca, IL 60143-0249 |
| 29395522 | + | Circle K Promo, 255 E. Rincon, Suite 100, Corona, CA 92879-1368 |
| 29395521 | + | Circle K. Slotting Fees, 1130 W. Warner Road, Tempe, AZ 85284-2816 |
| 29395523 | + | Convenience Food Solutions, 9663 E. Cinder Cone Trail, Scottsdale, AZ 85262-4588 |
| 29395524 | | Core Mark, PO Box 1450, NW 6111, Minneapolis, MN 55485-6111 |
| 29395525 | + | Craig L. Uhrich, Esq., Upshaw PLLC, 1204 Gano Street, Dallas, TX 75215-1802 |
| 29395527 | + | Eby Brown, 1415 W. Diehl Road, Suite 300N, Naperville, IL 60563-1153 |
| 29395528 | + | Everything Tobacco LLC, 7351 NW 35 St., Miami, FL 33122-1268 |
| 29395529 | | Fontem Ventures Radarweg, 60 Amsterdam, 1043 NT, The Netherlands |
| 29395530 | + | Global Laboratory, 2107 Black Creek Rd, Wilson, NC 27893-9536 |
| 29395531 | + | IPFS Insurance, 3522 Thomasville Road, Suite 400, Tallahassee, FL 32309-3488 |
| 29395532 | + | Keller & Heckman, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564 |
| 29395533 | + | Maverik, Inc., 185 S. State, Suite 800, Salt Lake City, UT 84111-1549 |
| 29395534 | + | Michael Colletta, c/o Attorney Daniel E. Goodman, 10400 West Higgins Road, Suite 500, Rosemont, IL 60018-3712 |
| 29395535 | | Newtek Small Business Finance, LLC, 1951 Marcus Ave, Suite 130, Lake Success, NY 11042 |
| 29395536 | + | Perkins Coie LLP, Atty Adam Marchuk, 131 S. Dearborn Street, Suite 1700, Chicago, IL 60603-5559 |
| 29395537 | + | Perkins Coie LLP, Atty Wise Dueppen Hamilton, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067-1721 |
| 29395539 | | Sinosure, Fortune Times Building, 11 Fenghuiyuan, Xicheng District, China 100033 |
| 29395540 | + | Stroock & Stroock & Lavan LLP, 200 S. Bisayne Blvd., Suite 3100, Miami, FL 33131-2385 |
| 29395541 | + | Troutman & Pepper, 600 Peachtree Street, Suite 3000, Atlanta, GA 30308-2216 |
| 29395542 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 29395543 | + | United Pacific Oil, 4130 Cover Street, Long Beach, CA 90808-1885 |
| 29395546 | + | United States Attorney Civil Process Clerk, 219 South Dearborn Street, Room 500, Chicago, IL 60604-2029 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: pblock@riemerlaw.com | Jun 16 2021 22:28:00 | Phillip J Block, Riemer & Braunstein LLP, 71 South Wacker Drive, Suite 3515, Chicago, IL 60606 |
| smg | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 22:28:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29395526 | + | Email/Text: borree@dbmslaw.com | | |

District/off: 0752-1                                     User: admin                                                Page 2 of 2

Date Rcvd: Jun 16, 2021                                 Form ID: 309F2                                      Total Noticed: 37

|  |  | Jun 16 2021 22:29:00 | Donohue Brown Matthewson Smith, 140 S. Dearborn, Suite 800, Chicago, IL 60603-5206 |
| 29395544 | Email/Text: rev.bankruptcy@illinois.gov | Jun 16 2021 22:29:00 | Illinois Department of Revenue, Bankruptcy Unit, P.O. Box 19035, Springfield, IL 62794 |
| 29395538 | + Email/Text: tcohen@sheppardmullin.com | Jun 16 2021 22:29:00 | Sheppard Mullin, 333 S. Hope Street, 43rd Floor, Los Angeles, CA 90071-1422 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604-1705 |
| 29395545 | *+ | Internal Revenue Service, Mail Stop 5014 CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604-1705 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021                    Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Neema T Varghese | nvarghese@nvconsultingservices.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Phillip J Block | on behalf of Debtor 1 Sago Technology  Inc. pblock@riemerlaw.com, saguado@riemerlaw.com |

TOTAL: 3