# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re:<br>SAGO TECHNOLOGY, INC.,<br>d/b/a JAK ECIG,<br><br>Debtor | Case No. 21-07313<br>Honorable A. Benjamin Goldgar<br>Chapter 11 |

## NOTICE OF AMENDED SCHEDULE D

Pursuant to Bankruptcy Rule 1009(a) and local bankruptcy rule 1009-1, Sago Technology, Inc., a debtor in possession (the "Debtor"), hereby files this notice to amend Schedule D ("Schedule D") initially filed with this Court on June 24, 2021 [Doc. No. 21]. The Debtor wishes to amend Schedules D by adding the secured claim of U.S. Small Business Administration (the "SBA"). The AMENDED Schedule D is attached hereto. Lines 2 and 4 to the Summary of Schedules have changed to reflect the addition.

The SBA filed a proof of claim on August 19, 2021 which remains subject to further review.

Respectfully submitted,

SAGO TECHNOLOGY, INC., dba JAK ECIG

By its bankruptcy counsel,

RIEMER & BRAUNSTEIN LLP

/s/ Phillip J. Block

Phillip J. Block (BAR #6292407)
71 S. Wacker, Suite 3557
Chicago, IL 60606
Tel: 312-780-1173
pblock@riemerlaw.com

2785700.1

Alan L. Braunstein
Macken Toussaint
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
Tel: (617) 523-9000
abraunstein@riemerlaw.com
mtoussaint@riemerlaw.com

DATED: August 25, 2021

## CERTIFICATE OF SERVICE

I, Phillip J. Block, with the law firm of Riemer & Braunstein LLP, hereby certify that I caused to be served on August 25, 2021, a true and accurate copy of **Debtor's Notice of Amended Schedule D** and **Amended Schedule D** by first class United States mail, postage pre-paid, Email, or by electronic notification **(EN)** where indicated, to the individuals and parties in interests listed below and in the attached matrix.

Office of the United States Trustee
Patrick S. Layng
219 Dearborn Street, Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov (EN)

Subchapter V Trustee
Neema T Varghese
nvarghese@nvconsultingservices.com (EN)

Frank Venis on behalf of Creditor Apro, LLC
frankpaulvenis@yahoo.com , venis@venisandcopp.com (EN)

David H. DeCelles
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov
(counsel for the U.S. Small Business Administration) [1]

Sago Technology, Inc.
Jacques Saleh
jascoholdings@gmail.com

---

[1] Pursuant to local bankruptcy rule 1009-1, the original notice of the meeting of creditors will also be sent to counsel for the U.S. Small Business Administration.

2785700.1

[SEE ATTACHED LIST]

                                                              /s/ Phillip J. Block

DATED: August 25, 2021

2785700.1

Sago Technology Inc
d/b/a JAK ECIG
Matrix
Ch. 11, Case No. 21-07313 (ABG)

Advertise Purple
1653 7th Street, 7128
Santa Monica, CA 90401

Bowman & Brooke LLP
5830 Granite Parkway
Suite 1000
Plano, TX 75024
maryann.parker@bowmanandbrooke.com

Circle K Promo
255 E. Rincon, Suite 100
Corona, CA 92879

Craig L. Uhrich, Esq.
Upshaw PLLC
1204 Gano Street
Dallas, TX 75215
craiguhrich@upshawpllc.com

Everything Tobacco LLC
7351 NW 35 St.
Miami, FL 33122

Keller & Heckman
1001 G Street NW, Suite 500 West
Washington, DC 20001
garrett@khlaw.com

Newtek Small Business Finance, LLC
1951 Marcus Ave, Suite 130
Lake Success, NY 11042
psaini@newtekone.com;
ddefillo@newtekone.com;
ratoro@newtekone.com

Sheppard Mullin
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071

U.S. Small Business Administration (SBA)
500 W Madison, Suite 1150
Chicago, IL 60661
Kate O'Loughlin
**Kate.O'Loughlin@sba.gov**

Access Strategies
650 Willbrook Center Parkway
Suite 108
Willbrook, IL 60527

APRO LLC, dba United Pacific
4130 Cover Street
Long Beach, CA 90808
cori.cardwell@unitedpacific.com
Rhonda.wolf@unitedpacific.com

Brown & Joseph
One Pierce Place
P.O. Box 249 Suite 700W
Itasca, IL 60143

Convenience Food Solutions
9663 E. Cinder Cone Trail
Scotttsdale, AZ 85262

Donohue Brown Matthewson Smith
140 S. Dearborn, Suite 800
Chicago, IL 60603

Global Laboratory
2107 Black Creek Rd
Wilson, NC 27893

Maverik, Inc.
185 S. State, Suite 800
Salt Lake City, UT 84111

Perkins Coie LLP
Atty Adam Marchuk
131 S. Dearborn Street, Suite 1700
Chicago, IL 60603
amarchuk@perkinscoie.com

Stroock & Stroock & Lavan LLP
200 S. Bisayne Blvd., Suite 3100
Miami, FL 33131

United Pacific Oil
4130 Cover Street
Long Beach, CA 90808

ADC Acrylic
9134 Medill Ave.
Franklin Park, IL 60131

B2B USA
7355 NW 35th St
Miami, FL 33122

Circle K. Slotting Fees
1130 W. Warner Road
Tempe, AZ 85284

Core Mark
P.O. Box 1450
NW 6111
Minneapolis, MN 55485-6111

Eby Brown
1415 W. Diehl Road, Suite 300N
Naperville, IL 60563
kevin.stace@pfqc.com

IPFS Insurance
3522 Thomasville Road, Suite 400
Tallahassee, FL 32309
lisa.chandler@ipfs.com

Perkins Coie LLP
Atty Wise Dueppen Hamilton
1888 Century Park East, Suite 1700
Los Angeles, CA 90067
mwise@perkinscoie.com;
Jhamilton@perkinscoie.com
ldueppen@perkinscoie.com

Troutman & Pepper
600 Peachtree Street, Suite 3000
Atlanta, GA 30308

Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794

Internal Revenue Service
Mail Stop 5014 CHI
230 Dearborn Street, Room 2600
Chicago, IL 60604

United States Attorney Civil Process Clerk
219 South Dearborn Street
Room 500
Chicago, IL 60604

Lloyd's London
c/o Phelps Dunbar LLP
Attn.: Pamela G. Michiels, Esq.
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

Edward M. Rubin
Rubin & Machado, Ltd.
30 N. LaSalle Street, Suite 4030
Chicago, IL 60602

Garry Fletcher
30 N. LaSalle Street, Suite 4030
Chicago, IL 60602
RMRFiling@rubin-machado.com

Neema T. Varghese
NV Consulting Services
701 Potomac, Suite 100
Naperville, IL 60565

Illinois Department of Employment Security
33 State Street 10th Floor
Chicago, IL 60603
william.heslup@illinois.gov

Fontem Ventures B.V.;
Fontem Holdings 1 B.V.
Perkins Coie LLP
c/o John D. Penn
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Jpenn@perkinscoie.com

South Bay Law Firm
Michael D. Good, Esq.
3655 Torrance Blvd., Suite 300
Torrance, California 90503
mgood@southbaylawfirm.com

Venis & Copp LLP
Frank Venis, Esq.
205 W. Randolph Street, Suite 2000
Chicago, IL 60606
frankpaulvenis@yahoo.com

ALD Group Limited
No 2 Industrial 3rd Floor
Shixin Community, ShiyanTown,
Baoan Dist
Shenzhen 518108, China

Sinosure
Fortune Times Building
11 Fenghuiyuan
Xicheng District, China 100033